◼ In the Matter of DIAMOND D CONSTRUCTION CORP., Respondent. NEW YORK STATE DEPARTMENT OF LABOR, BUREAU

OF PUBLIC WORK, Appellant. (Appeal No. 2.) [689 NYS2d 913] —Order unanimously reversed on the law with costs, application denied and cross motion granted. Same Memorandum as in *Matter of Diamond D Constr. Corp. (New York State Dept. of Labor)* (261 AD2d 903 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Lien Law.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.